IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE GREEN TRADING COMPANY, LLC,
An Oregon limited liability company,

        Plaintiff,

    v.

BARRY SHY,

        Defendant.

Civ. No. 1:20-cv-01787-CL

JUDGMENT

MCSHANE, Judge:

    Based on the record, Judgment is entered against Defendant Barry Shy in the amount of $5,659,000.00.

IT IS SO ORDERED.

    DATED this 14th day of July, 2021.

                                  /s/ Michael J. McShane
                                  Michael McShane
                                  United States District Judge

1 – ORDER

Certified to be a true and correct copy of original filed in this District.
Dated JUL 26 2022
Melissa Aubin, Clerk of Court
US District Court of Oregon
By Deputy Clerk F. Patterson
Pages 1 Through 1